Mrs. Abel Acosta

82,53301

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk

I recieved a notification from you
12-8-14 concerning a Writ of Habeas Corqus.
McDonald, Richard Tr. Ct. No. 12F0365-005A

I have since been transfered to another unit.

McConnell Unit                    Richard McDonald
3001 S, Emily Dr. — TDCJ# 1852931
Beeville Tx 78102

I am new to this Process and would like
to know if there is anything else I should
do? I don't wish to bother you, I just want
to make sure there isn't something I'm
looking.                    Thank You

Sincerly,
Richard McDonald